# EXHIBIT 4


**More than fast. More than signs.**

**FASTSIGNS OF FARMINGTON** | Phone (248) 488-9010
27853 Orchard Lake Road    Fax. (248) 488-9013
Farmington Hills, MI 48334    Email: 162@fastsigns.com

**INVOICE:**    162- 69799
**Invoice Date:**    4/29/2016

Page 1 of 1    Date Ordered:    4/27/2016 10:33:29AM
Due Date: 4/28/2016    Time: 4:00:00PM
Sales Person:    AARON RODRIGUEZ
Clerk:    AARON RODRIGUEZ
Date Printed:    4/29/2016

**Project Description:** Wind Sign Frames

**Customer:** Jeff Stout
**Ordered by:** Jeff Stout
**Phone:**

White Lake, MI 48386

**Email:**

| PRODUCT | DESCRIPTION | QTY | SIDES | H x W | UNIT COST | TOTALS |
|---|---|---|---|---|---|---|
| SUB-Product | * | 1 | 1 | 1 x 1 | $372.00 | $372.00 |
| Text: | Wind Sign Deluxe Stands - 61"hx30"w | | | | | |
| SUB-Product | * | 1 | 1 | 1 x 1 | $246.00 | $246.00 |
| Text: | Wind Sign II - 48"hx26"w | | | | | |

**Notes:**
THANK YOU!
WE APPRECIATE YOUR BUSINESS!
YOU CAN NOW PAY YOUR INVOICE ONLINE
THROUGH OUR SECURE SITE WITH A CREDIT CARD
PLEASE CLICK THE LINK BELOW TO PAY

PAY INVOICE

**Payments Received (thank you)**

| Date | Amount | Payment Method | Tracking Number |
|---|---|---|---|
| 4/29/2016 3:00:23PM | $327.54 | MasterCard | |
| 4/27/2016 10:35:49AM | $327.54 | MasterCard | |
| Total Payments: | $655.08 | | |

Other Payments: _____ / _____ / _____
     Form of Payment    Amount    Initials

**TERMS:** Payment due upon completion of order.

| | |
|---|---|
| Line Item Total: | $618.00 |
| Subtotal: | $618.00 |
| Taxes: | $37.08 |
| Total: | $655.08 |
| Total Payments: | $655.08 |
| Balance Due: | $0.00 |

_____ / _____ / _____
**RECEIVED/ACCEPTED BY**      DATE

Bill To: Jeff Stout
     Attention: Jeff Stout

White Lake, MI 48386

Copyright © 2015 FASTSIGNS International, Inc