# EXHIBIT 6

| U.S. Patent No. 7,941,951 | Plasticade Wind Sign Deluxe |
|---|---|
| 18. A sign stand assembly comprising:<br><br>a base member (1);<br><br>an upstanding sign display member (2); and<br><br>a resilient spring member (3) positioned between said base member and said sign display member and connected said sign display member to said base member;<br><br>said base member comprising a blow molded member (4) having at least one hollow compartment (5) therein for placement of a ballast substance therein;<br><br>said base member having an upper surface (6) and a lower surface (7) connected together around their outer perimeter to form said at least one hollow compartment;<br><br>a first recessed area (8) formed in said upper surface and a corresponding recessed area (9) formed in said lower surface;<br><br>said upper surface and said lower surfaces being joined together in said first and corresponding recessed areas at a position separate from said outer perimeter to form a supporting portion (10) for placement of said resilient spring member; | <br><br>• Plastic base has two built-in wheels – can be filled with dry sand |

Page **1** of 2

| U.S. Patent No. 7,941,951 | Plasticade Wind Sign Deluxe |
|---|---|
| said resilient spring member connected to said base member in said first and corresponding recessed areas; and<br><br>at least one wheel member (11) attached to said lower surface for selectively moving said sign stand assembly from one position to another;<br><br>wherein said supporting portion lowers the center of mass of said base member where said spring resilient member is positioned and connected for increased stability. |  |

20472664.1

Page **2** of 2