# EXHIBIT 7

| **U.S. Patent No. 8,104,205** | **Plasticade Wind Sign** |
|---|---|
| 1. A sign stand assembly comprising:<br><br>a base member (1);<br><br>an upstanding sign display member (2); and<br><br>a resilient spring member (3) positioned between said base member and said sign display member and connected said sign display member to said base member;<br><br>said base member comprising a blow molded member (4) having at least one hollow compartment (5) herein for placement of a ballast substance therein;<br><br>said base member having an upper surface (6) and a lower surface (7) connected together around their outer perimeter to form said at least one hollow compartment;<br><br>a first recessed area (8) formed in said lower surface;<br><br>said upper surface and said lower surfaces being joined together in said first recessed area at a position separate from said outer perimeter to form a supporting portion (9) for placement of said resilient spring member;<br><br>said resilient spring member connected to said base member at said | <br><br> |

| U.S. Patent No. 8,104,205 | Plasticade Wind Sign |
|---|---|
| supporting portion; and<br><br>at least one wheel member (10) attached to said base member for selectively moving said sign stand assembly from one position to another. | <br> |

| U.S. Patent No. 8,104,205 | Plasticade Wind Sign |
|---|---|
|  |  |

20472666.1