UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKETING DISPLAYS, INC.,
a Michigan corporation,

          Plaintiff,

v.

PLASTICADE PRODUCTS
CORPORATION,
an Illinois corporation,

          Defendant.

Case No.:16-cv-11970-AJT-APP

District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

**STIPULATION OF DISMISSAL
WITH PREJUDICE AND WITHOUT
COSTS AND ORDER**

Pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), Plaintiff MARKETING DISPLAYS, INC., and Defendant PLASTICADE PRODUCTS CORPORATION, by their undersigned attorneys, hereby stipulate to the voluntary dismissal of this action, with prejudice, and with each party bearing its own costs and attorney fees.

The parties have entered into a settlement agreement on January 30, 2017 ("Settlement Agreement") that resolves all issues and controversies to the parties' mutual satisfaction. In the Proposed Stipulated Order of Dismissal (below), the parties request that jurisdiction be retained by this Court to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY ORDERED:

1.  That by consent of the parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Settlement Agreement; and

2.  That except as provided for in paragraph 1 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: February 15, 2017                         s/Arthur J. Tarnow
                                                 Honorable Arthur J. Tarnow


Stipulated and agreed to:

HARNESS DICKEY & PIERCE PLC          MCDERMOTT WILL & EMERY LLP

By:/s/ *David P. Utykanski*           By:/s/ *Emma T. Chen*
David P. Utykanski (P47029)           Emma T. Chen (P72269)
5445 Corporate Drive, Suite 200       500 North Capitol Street
Troy, MI 48098                        Washington, DC 20001
(248) 641-1600                        (202) 756-8231
davidu@HDP.com                        Etchen@mwe.com


*Attorneys for Plaintiff*              *Attorneys for Defendant*
21486066.1